NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HTC CORPORATION AND HTC AMERICA, INC.,**
*Plaintiffs-Appellees,*

**v.**

**IPCOM GMBH & CO., KG,**
*Defendant-Appellant.*

---

2011-1004

---

Appeal from the United States District Court for the District of Columbia in 08-CV-1897, Judge Rosemary M. Collyer.

---

## ON MOTION

---

## ORDER

HTC Corporation and HTC America, Inc., move for a 14-day extension of time, until January 10, 2011, to file its opposition to IPCOM's request for judicial notice.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC** 2 2 2010

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Michael A. Oblon, Esq.

    Mitchell G. Stockwell, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC** 22 2010

**JAN HORBALY**
**CLERK**